JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Gholamreza Darakhshannia, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Antony J. Blinken, Secretary of State U.S. Department of State, et al.,<br><br>Defendants. | No. 2:22-cv-01372 SB (GJSx)<br><br>**DISMISSAL ORDER**<br><br>Honorable Stanley Blumenfeld, Jr.<br>United States District Judge |

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the
2 | separately filed stipulation of the parties, this action is dismissed without prejudice. Each
3 | party shall bear its own fees, costs, and expenses.

Dated: June 3, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

1